NO. 07-03-0294-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JULY 21, 2003
_____

WADE WYRICK AND ROBERT GLENN WYRICK, APPELLANTS

V.

DUMAS INDEPENDENT SCHOOL DISTRICT, APPELLEE

_____

FROM THE 69TH DISTRICT COURT OF MOORE COUNTY;

NO. 02-15; HONORABLE RON ENNS, JUDGE

_____

Before JOHNSON, C.J. and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant Wade Wyrick filed an Unopposed Motion to Dismiss Appeal on July 16, 2003. Appellee does not oppose this motion.

Without passing on the merits of the case, the unopposed motion for dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1. All costs having been

paid, no order pertaining to the costs is made. Having dismissed the appeal at the appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Phil Johnson
Chief Justice